**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6998**

———————

RICHARD A. CAROLINA,

Plaintiff - Appellant,

versus

C. J. CEPAK, Warden of Broad River Correction-
al Institution; JOHN MAXIE; CHRISTOPHER LONG;
HARRIETTE FOWLER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Joseph F. Anderson, Jr., District
Judge.  (CA-96-3418-6-17)

———————

Submitted:  July 22, 1998          Decided:  July 31, 1998

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard A. Carolina, Appellant Pro Se.  Holly Saleeby Atkins,
Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard A. Carolina appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Carolina v. Cepak</u>, No. CA-96-3418-6-17 (D.S.C. June 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>